

DOA: 4.29.24

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>Brayan Salvador CORREA-Fraijo,<br><br>                Defendant. | Case No.: 24MJ8365-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 29, 2024, within the Southern District of California, defendant, Brayan Salvador CORREA Fraijo, did knowingly import a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Special Agent Sergio Ramirez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 29th day of April 2024.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Brayan Salvador CORREA-Fraijo

**STATEMENT OF FACTS**

This complainant states that this Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Sergio Ramirez.

On April 29, 2024, at approximately 0844 hours, Brayan Salvador CORREA-Fraijo (CORREA), a Mexican National, requested entry into the United States from Mexico at the Calexico, California, West Port of Entry (POE) via pedestrian primary lanes. CORREA claimed to be a United States citizen and presented himself as B.S.R.G. with a date of birth, December 18, 2007. CORREA claimed to be a student at Calexico High School in Calexico, CA. CORREA had no identification documents to present to the Customs and Border Protection Officer (CBPO) Nelms and had a negative Customs declaration.

CORREA was in possession of black backpack during the CBP encounter. CBPO Nelms began searching the backpack and noticed a hard object concealed within the back padding of the backpack. This area of the backpack did not have a zipper or access point. CBPO Nelms noticed unusual behavior during the encounter with CORREA and referred him to Secondary Inspection. Secondary Inspection CBPO Ocasio conducted a pat-down search of CORREA's person and a search of the contents of his backpack. Several articles of clothing were located inside the backpack along with the hard object along the back padding of the backpack. CBPOs Nelms and Ocasio noticed the backpack felt heavy after

3

removing the articles of clothing. They asked CORREA if he had any other objects inside the backpack to which CORREA denied. Two bundles of wrapped in a vacuum sealed light brown package with aluminum foil tape were discovered inside the backpack along the back padding CORREA was asked what was inside the packages to which CORREA claimed he did not know. CORREA was then fingerprinted to verify citizenship. The record checks revealed CORREA is not a United States citizen. In addition, record checks demonstrated that CORREA had provided false name to CBP. CORREA was referred to vehicle secondary office for further processing.

At approximately 1140 hours while at the vehicle secondary lot, CBPOs field tested the two packages which were suspected to be controlled substances. The two packages were weighed first, and one was selected at random and probed. Through the opening created by the probe, multiple blue pills became visible. A "Rapid Response Kit" was utilized to test a sample from the package and produced the positive characteristics of Fentanyl. The total gross weight of the two packages of Fentanyl retrieved was approximately 2.10 kilograms (4.62 pounds).

CORREA was placed under arrest and charged with a violation of Title 21, United States Code, sections 952 and 960 for Importation of a Controlled Substance. He was advised of his Miranda Rights. CORREA agreed to speak without an attorney present. CORREA claimed he had no knowledge of the packages being inside his backpack. CORREA said he did not know what was inside the packages. CORREA said he did not notice the packages when he placed his clothing articles inside his backpack. CORREA

claimed possession of the backpack. He was later booked into the El Centro GEO Detention Facility.